IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LAWRENCE G. RUPPERT, on behalf
of himself and behalf of all others similarly
situated,

                      Plaintiff,

v.

ALLIANT ENERGY CASH BALANCE
PENSION PLAN,

                      Defendant.

ORDER

08-cv-127-bbc

---

On December 16, 2008, this court held a telephonic hearing on the various pending discovery and scheduling motions. *See* Dkts. 33, 34 and 44. Both sides were represented by counsel.

After hearing from both sides and for reasons stated briefly on the record, I granted plaintiff's motion to compel in all parts. I denied defendant's motion for a protective order but will allow the parties to submit a narrower, objective order to protect confidential information for the court's review and signature.

Defendants may have until February 27, 2009 within which to complete all disclosures. Defendant should begin rolling disclosure now; plaintiff should assist in the discovery process by prioritizing his requests and narrowing them as much as possible so that information is exchanged quickly and efficiently.

April 2009 no longer is a realistic month for trial. I am predicting a trial sometime in September 2009 with summary judgment motions due sometime in May 2009. With these

benchmarks in place, I invited the parties to submit their proposals on expert disclosure deadlines, summary judgment motion deadlines and the actual trial date.

Entered this 16th day of December, 2008.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge