

**Stafford**Rosenbaum LLP
Attorneys

*Member of LEGUS International Network of Law Firms*

FEIN: ███████

United States District Court
for the Western District of Wisconsin
,

January 28, 2010
Page #: 1
Client:    022429

RE:  Ruppert v. Alliant Energy

For Professional Services Rendered Through January 28, 2010

| Matter | Description | Invoice # | Fees | Expenses | Interest | Total |
|---|---|---|---|---|---|---|
| 000001 | Ruppert v. Alliant Energy | 1097651 | $13,470.00 | $1,773.79 | $0.00 | $15,243.79 |
| | | **Total Current Charges** | | | | **$15,243.79** |
| | | Previous Balance | | | | $19,307.45 |
| | | *Less Trust Applied* | | | | ($19,307.45) |
| | | **Total Balance (Current & Previous)** | | | | **$15,243.79** |
| | | **Trust Balance** | | | | **$8,012.02** |

\*\* NOTICE REGARDING PAYMENT FROM CLIENT TRUST FUND ACCOUNT:

Please note that if a client advance is being applied, this transfer will occur 5 business days from the date of the invoice.

**Madison Office**
222 West Washington Avenue
P.O. Box 1784
Madison, Wisconsin
53701-1784

608.256.0226
888.655.4752
Fax 608.259.2600
www.staffordlaw.com

**Metro Milwaukee Office**
325 North Corporate Drive
Suite 190
Brookfield, Wisconsin
53045-5801

262.439.2888
888.655.4752
Fax 262.794.0307
www.staffordlaw.com



**StaffordRosenbaum LLP**
Attorneys

*Member of LEGUS International Network of Law Firms*

FEIN: ███████

United States District Court
for the Western District of Wisconsin
,

January 28, 2010
Page #: 1
Client: 022429
Matter: 000001
Invoice #: 1097651

RE: Ruppert v. Alliant Energy

For Professional Services Rendered Through January 28, 2010

| Date | Services | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/28/2009 | Correspondence with court and counsel. | BEB | 0.1 | $300.00 | $30.00 |
| 12/30/2009 | Court hearing; correspondence with counsel. | BEB | 0.5 | $300.00 | $150.00 |
| 12/31/2009 | Travel arrangements; correspondence with counsel. | BEB | 0.4 | $300.00 | $120.00 |
| 01/04/2010 | Travel to San Diego. | BEB | 3.5 | $300.00 | $1,050.00 |
| 01/05/2010 | Referee Deutsch deposition. | BEB | 9.8 | $300.00 | $2,940.00 |
| 01/06/2010 | Referee Deutsch deposition; return to Phoenix. | BEB | 9.3 | $300.00 | $2,790.00 |
| 01/18/2010 | Travel from Virgin Islands to Washington, D.C. (10 hours actual). | BEB | 8.5 | $300.00 | $2,550.00 |
| 01/19/2010 | Referee Loman deposition. | BEB | 5.9 | $300.00 | $1,770.00 |
| 01/20/2010 | Travel home. | BEB | 6.7 | $300.00 | $2,010.00 |
| 01/26/2010 | Work on fee request (no charge). | BEB | 0.4 | $0.00 | $0.00 |
| 01/28/2010 | Telephone message from and conference with Mr. Gottesdiener re available dates; correspondence with counsel re same. | BEB | 0.2 | $300.00 | $60.00 |
| | Total Hours | 45.3 | Total Fees | | $13,470.00 |

Summary

| BEB | Brian E. Butler | 0.4 | $0.00 | $0.00 |
|---|---|---|---|---|
| BEB | Brian E. Butler | 44.9 | $300.00 | $13,470.00 |

**Madison Office**

222 West Washington Avenue
P.O. Box 1784
Madison, Wisconsin
53701-1784

608.256.0226
888.655.4752
Fax 608.259.2600
www.staffordlaw.com

**Metro Milwaukee Office**

325 North Corporate Drive
Suite 190
Brookfield, Wisconsin
53045-5801

262.439.2888
888.655.4752
Fax 262.794.0307
www.staffordlaw.com



*Member of LEGUS International Network of Law Firms*

Expenses

| Date | Description | Amount |
|---|---|---|
| 12/07/2009 | Pacer | $21.36 |
| 01/04/2010 | Travel Expense (Airfare) | $425.60 |
| 01/04/2010 | Travel Expense (Meals) | $91.01 |
| 01/05/2010 | Photocopying | $0.40 |
| 01/19/2010 | Taxi Service | $239.00 |
| 01/19/2010 | M&I Madison Bank Credit Card Processing Center- Business Meal(s)- | $118.32 |
| 01/19/2010 | Travel Expense (Hotel) | $878.10 |

Total Expenses $1,773.79

Total Fees $13,470.00
Total Expenses $1,773.79
**Total Current Charges** **$15,243.79**

**Madison Office**
222 West Washington Avenue
P.O. Box 1784
Madison, Wisconsin
53701-1784
608.256.0226
888.655.4752
Fax 608.259.2600
www.staffordlaw.com

**Metro Milwaukee Office**
325 North Corporate Drive
Suite 190
Brookfield, Wisconsin
53045-5801
262.439.2888
888.655.4752
Fax 262.794.0307
www.staffordlaw.com