

**Stafford**Rosenbaum LLP
Attorneys

*Member of LEGUS International Network of Law Firms*

FEIN: 39-0788266

COVER SHEET

United States District Court
for the Western District of Wisconsin

February 25, 2010
Page #: 1
Client: 022429

RE: Ruppert v. Alliant Energy

For Professional Services Rendered Through February 24, 2010

MATTER ACCOUNT SUMMARY

| Matter | Description | Invoice # | Fees | Expenses | Interest | Total |
|---|---|---|---|---|---|---|
| 000001 | Ruppert v. Alliant Energy | 1098360 | $7,560.00 | $1,225.20 | $0.00 | $8,785.20 |

| | |
|---|---|
| **Total Current Charges** | **$8,785.20** |
| Previous Balance | $15,243.79 |
| *Less Trust Applied* | ($15,243.79) |
| **Total Balance (Current & Previous)** | **$8,785.20** |
| **Trust Balance** | **$10,768.23** |

** NOTICE REGARDING PAYMENT FROM CLIENT TRUST FUND ACCOUNT:
Please note that if a client advance is being applied, this transfer will occur 5 business days from the date of the invoice.

**Madison Office**
222 West Washington Avenue
P.O. Box 1784
Madison, Wisconsin
53701-1784
608.256.0226
888.655.4752
Fax 608.259.2600
www.staffordlaw.com

**Metro Milwaukee Office**
325 North Corporate Drive
Suite 190
Brookfield, Wisconsin
53045-5801
262.439.2888
888.655.4752
Fax 262.794.0307
www.staffordlaw.com



FEIN: 39-0788266

February 25, 2010
Page #: 1
Client: 022429
Matter: 000001
Invoice #: 1098360

United States District Court
for the Western District of Wisconsin
,

RE: Ruppert v. Alliant Energy

For Professional Services Rendered Through February 24, 2010

| Date | Services | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/28/2010 | Correspondence with counsel. | BEB | 0.1 | $300.00 | $30.00 |
| 01/28/2010 | Work on fee request (No Charge). | BEB | 0.3 | $0.00 | $0.00 |
| 01/29/2010 | Correspondence with counsel. | BEB | 0.2 | $300.00 | $60.00 |
| 02/01/2010 | Review file and court filings; correspondence with parties; telephone conference with Magistrate Crocker. | BEB | 0.7 | $300.00 | $210.00 |
| 02/07/2010 | Review filings. | BEB | 0.1 | $300.00 | $30.00 |
| 02/10/2010 | Review filings; correspondence with counsel. | BEB | 0.1 | $300.00 | $30.00 |
| 02/11/2010 | Correspondence with Mr. Gottesdeiner. | BEB | 0.1 | $300.00 | $30.00 |
| 02/12/2010 | Correspondence with counsel; travel arrangements. | BEB | 0.6 | $300.00 | $180.00 |
| 02/18/2010 | Telephone conference with Judge Crocker; travel to Madison. | BEB | 8.0 | $300.00 | $2,400.00 |
| 02/19/2010 | Referee Plan and Alliant 30(b)(6) depositions. | BEB | 7.3 | $300.00 | $2,190.00 |
| 02/21/2010 | Return to Phoenix. | BEB | 7.9 | $300.00 | $2,370.00 |
| 02/24/2010 | Review filings. | BEB | 0.1 | $300.00 | $30.00 |

| | Total Hours | 25.5 | Total Fees | | $7,560.00 |
|---|---|---|---|---|---|

Summary

| BEB | Brian E. Butler | | 0.3 | $0.00 | $0.00 |
|---|---|---|---|---|---|
| BEB | Brian E. Butler | | 25.2 | $300.00 | $7,560.00 |

**Madison Office**

222 West Washington Avenue
P.O. Box 1784
Madison, Wisconsin
53701-1784

608.256.0226
888.655.4752
Fax 608.259.2600
www.staffordlaw.com

**Metro Milwaukee Office**

325 North Corporate Drive
Suite 190
Brookfield, Wisconsin
53045-5801

262.439.2888
888.655.4752
Fax 262.794.0307
www.staffordlaw.com

*Member of LEGUS International Network of Law Firms*



*Member of LEGUS International Network of Law Firms*

## Expenses

| | | | |
|---|---|---|---|
| 02/12/2010 | Travel Expense (Airfare) | | $1,102.50 |
| 02/21/2010 | Taxi Service | | $122.70 |
| | | Total Expenses | $1,225.20 |

| | |
|---|---|
| Total Fees | $7,560.00 |
| Total Expenses | $1,225.20 |
| **Total Current Charges** | **$8,785.20** |

**Madison Office**

222 West Washington Avenue  608.256.0226
P.O. Box 1784  888.655.4752
Madison, Wisconsin  Fax 608.259.2600
53701-1784  www.staffordlaw.com

**Metro Milwaukee Office**

325 North Corporate Drive  262.439.2888
Suite 190  888.655.4752
Brookfield, Wisconsin  Fax 262.794.0307
53045-5801  www.staffordlaw.com

**M & M TRAVEL**
*IT IS A PRIVILEGE TO SERVE YOU*
Phone: 608-274-1400
RESERVATIONS@MMTRAVEL.ORG

English     Log In
12 hrs display     Sign up Now

Home   View Itinerary   City Guides   Help

My Profile   My Trips

Save as PDF   Print this E-Invoice

## Electronic Invoice

**Prepared For:**
BUTLER/BRIAN

| | |
|---|---|
| SALES PERSON | MM |
| INVOICE NUMBER | 4021824 |
| INVOICE ISSUE DATE | 12FEB2010 |
| RECORD LOCATOR | BAOTMB |
| CUSTOMER NUMBER | 2592681 |

### Client Address

STAFFORD ROSENBAUM AND ASSOCIATES
222 WEST WASHINGTON
MADISON WI 53703

Notes
THIS RESERVATION IS T I C K E T L E S S
YOUR ELECTRONIC RESERVATION NUMBER IS *N2ZJKT *
*CODESHARE AIRLINES-CHECK IN WITH OPERATING CARRIER*
* ANY CORRECTIONS MUST BE ADVISED WITHIN 24 HOURS *
* CHANGE FEES AFTER 24HOURS ARE YOUR RESPONSIBILITY*
** PRINT INVOICE COPIES WITHIN 30 DAYS OF THIS EMAIL

### DATE: Thu, Feb 18

**Flight: UNITED AIRLINES 650**

| | | | |
|---|---|---|---|
| From | PHOENIX, AZ | Departs | 2:49pm |
| To | CHICAGO OHARE, IL | Arrives | 7:06pm |
| Departure Terminal | 2 | Arrival Terminal | 1 |
| Duration | 03hr(s) :17min(s) | Class | First |
| Type | | Meal | Lunch |
| Stops | Non Stop | | |
| Seat(s) Details | BUTLER/BRIAN | Seat(s) - 01B | |

### DATE: Thu, Feb 18

**Flight: UNITED AIRLINES 6077**

| | | | |
|---|---|---|---|
| From | CHICAGO OHARE, IL | Departs | 8:08pm |
| To | MADISON, WI | Arrives | 9:00pm |
| Departure Terminal | 2 | | |
| Duration | 0hr(s) :52min(s) | Class | First |
| Type | CRJ-700 CANADAIR REGIONAL JET | Meal | |
| Stops | Non Stop | | |
| Seat(s) Details | BUTLER/BRIAN | Seat(s) - 01C | |

**DATE: Sun, Feb 21**

### Flight: UNITED AIRLINES 7183

| | | | |
|---|---|---|---|
| From | MADISON, WI | Departs | 7:45am |
| To | CHICAGO OHARE, IL | Arrives | 8:45am |
| | | Arrival Terminal | 2 |
| Duration | 01hr(s) :00min(s) | Class | Economy |
| Type | CRJ-700 CANADAIR REGIONAL JET | Meal | |
| Stops | Non Stop | | |
| Notes | SEATS LIMITED TO AIRPORT ASSIGNMENT ONLY | | |

**DATE: Sun, Feb 21**

### Flight: UNITED AIRLINES 489

| | | | |
|---|---|---|---|
| From | CHICAGO OHARE, IL | Departs | 9:30am |
| To | PHOENIX, AZ | Arrives | 12:20pm |
| Departure Terminal | 1 | Arrival Terminal | 2 |
| Duration | 03hr(s) :50min(s) | Class | Economy |
| Type | | Meal | Food for Purchase |
| Stops | Non Stop | | |
| Notes | SEATS LIMITED TO AIRPORT ASSIGNMENT ONLY | | |

**DATE: Sun, Sep 26**

Others

MADISON
NONREFUNDABLETRANSACTION
FEE-25.00
Serv Chgs 1100140583

Billed to: VI XXXXXXXXXX8039        * 25.00

## Ticket Information

| **Ticket Number** | UA 7735999766 | BUTLER BRIAN | |
|---|---|---|---|
| | **Billed to:** | VI XXXXXXXXXX8039 | * 661.80 |
| | | **SubTotal** | **686.80** |
| | | **Net Credit Card Billing** | * **686.80** |
| | | | ---------- |
| | | **Total Amount Due** | **0.00** |

WE GREATLY APPRECIATE YOUR LOYALTY AND CONSIDER
IT OUR PRIVILEGE TO ASSIST YOU

NON-REFUNDABLE TICKET- CHANGES SUBJECT TO PENALTIES
CHANGES SUBJECT TO FARE RESTRICTIONS/AVAILABILITY
CANCELLATION REQUIRED PRIOR TO DEPT TO RETAIN VALUE
GOVERNMENT ISSUED PHOTO I.D. MATCHING TICKET REQUIRED

PLEASE ALLOW SUFFICIENT TIME FOR CHECK IN PROCEDURES
* RECONFIRM FLIGHTS WITH AIRLINE/AGENCY BEFORE DEPT*
TRAVEL INSURANCE AVAILABLE AND HIGHLY RECOMMENDED.
SEE AIRLINE WEBSITE FOR CURRENT INFORMATION

M AND M TRAVEL - HOURS MON-FRI 830A-500P CST
LOCAL 608-274-1400 OR TOLL FREE 866-341-8678
AFTER HOURS *EMERGENCIES ONLY* CALL 800-568-2102
FOR USA-CANADA-ALASKA-HAWAII-PUERTO RICO
THE FARE IS CHEAPER THAN THE ECONOMY FARE UNRESTRICTIVE

Your travel arranger provides the information contained in this document. Virtually There® is not responsible for the content of this document. If you have any questions about the contents of this document, please contact your travel arranger.


**M&I BANK**
4726 EAST TOWNE BLVD SUITE 260
MADISON WI 53704

| STATEMENT DATE | 02-08-10 |
|---|---|

**\*\* MEMO STATEMENT ONLY \*\***
**DO NOT REMIT PAYMENT**

BRIAN E BUTLER  \*\*T0000339
STAFFORD ROSENBAUM
ATTN ACCOUNTING
PO BOX 1784
MADISON  WI   53701-1784

## CARDHOLDER SUMMARY

| BRIAN E BUTLER | Purchases And Other Debits | + | Cash Advances | - | Credits | = | Total Activity |
|---|---|---|---|---|---|---|---|
| Cardholder Total | | | | | | | |

## CARDHOLDER ACTIVITY

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 01-07 | 01-06 | 24717050007580070234425 | DELTA AIR  0062174594048 ATLANTA GA<br>BUTLER/BRIAN            DEPARTURE DATE 01-09-10<br>PHX DL T ATL DL T STT DL K ATL DL K DCA | 415.70 |

**UNION CAB of Madison**
**242-2000**

**CHARGE SLIP**
Regular--Priority--Blitz

Driver # 2688  Date 02/21/10
P/U Time _____  D/O Time 06-44
From 2607 Middleton Beach Rd
To Airport
Rate 31.70 + 4.00 = 35.7-
Comment _____
CC# _____
Card Name or Autho _____
Charge to # _____ Name _____
Rec'd by _____

### Extra Charges
☐ Extra Weight ___ lbs  ☐ Wait Time ___ min
☐ Extra Trips # ___     ☐ Extra Stops # ___
☐ Clean-up $ ___        ☐ Airport Toll $ ___

**THANK YOU FOR YOUR BUSINESS**

---

| DATE 02/21 | CLERK |
| AUTHORIZATION Coyote Pass | SERVER |
| REFERENCE NO. | |

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| | | 75.00 |
| | TAX | |
| SALES SLIP | TIP / MISC. | 12- |
| | TOTAL | 87- |

PURCHASER SIGN HERE
X _____
Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer.