# EXHIBIT 137

# Reinhart, Boerner, Van Deuren, Norris & Rieselbach, s.c.
1000 North Water Street, Suite 2100  P. O. Box 514000  Milwaukee, WI 53203-3400
Telephone: 414-298-1000    Fed Tax ID: 39-1126909

IN ACCOUNT WITH:                              INVOICE #: 2200265

Alliant Energy Corporation                    CLIENT: 11280
Attn: Ms. Wendy Portz
Manager of Benefits and Compensation          DATE: 30-May-2000
200 First Street SE
Cedar Rapids, IA 52401

IOAIIY MAY 3 0 2000

---

OUTSTANDING BALANCE ON PREVIOUS INVOICES AS OF 30-May-2000....$         .00

PROFESSIONAL SERVICES RENDERED FROM 17-Mar-1999 Thru 29-Apr-2000

| MATTER NAME | FEES | EXPENSES | TOTAL |
|---|---|---|---|
| Cash Balance Pension Plan | 48,670.00 | 723.97 | 49,393.97 |
| TOTALS | 48,670.00 | 723.97 | 49,393.97 |

TOTAL DUE FOR THE CURRENT PERIOD...$   49,393.97

TOTAL DUE...,.....................$   49,393.97

LAST PAYMENT OF $     .00  WAS RECEIVED ON

INVOICES ARE DUE AND PAYABLE UPON RECEIPT

Δ π EXHIBIT
Deponent 275
Date_____ Rptr._____
WWW.DEPOBOOK.COM

CONFIDENTIAL                                                          ALLIANT0176559

Cash Balance Pension Plan

| Description | Date | Atty | Amount |
|---|---|---|---|
| Review three plan documents to verify amendment regarding $150,000 compensation amount and direct rollovers | 17-Mar-1999 | JFS | 78.75 |
| Draft Articles 1-4 of restated WPL Plan | 07-Apr-1999 | JFS | 251.25 |
| Restate Articles 5-6 of WPL Plan regarding calculation of Retirement benefits | 08-Apr-1999 | JFS | 225.00 |
| Restate Articles 7-10 of WPL Plan | 09-Apr-1999 | JFS | 225.00 |
| Complete restatement of defined benefit portion of cash balance plan; review and revise plan | 15-Apr-1999 | JFS | 251.25 |
| Office conference regarding cash balance plan | 19-Apr-1999 | KMB | 130.00 |
| Revise Articles 1 and 2 of Cash Balance Plan | 19-Apr-1999 | JFS | 341.25 |
| Review and revise Cash Balance Pension Plan | 20-Apr-1999 | DPG | 510.00 |
| Revise Plan definitions | 20-Apr-1999 | JFS | 105.00 |
| Meeting with Mr. Olig to discuss plan design; draft plan definitions | 21-Apr-1999 | DPG | 892.50 |
| Research and revise Plan | 11-May-1999 | JFS | 603.75 |
| Research and revise plan | 12-May-1999 | JFS | 472.50 |
| Review Articles 1 and 2 of Cash Balance Pension Plan | 12-May-1999 | DPG | 1,275.00 |
| Office conference regarding eligibility requirements | 13-May-1999 | KMB | 65.00 |
| Revise Plan regarding definitions and contributions and accrual benefit | 13-May-1999 | JFS | 682.50 |
| Review Articles 3, 4 and 5 of Cash Balance Pension Plan | 13-May-1999 | DPG | 1,020.00 |
| Restate articles regarding top-heavy provisions, 415 limits and plan funding | 14-May-1999 | JFS | 656.25 |
| Review Articles 6 through 13 of Cash Balance Pension Plan | 14-May-1999 | DPG | 1,657.50 |
| Review and revise Cash Balance Pension Plan | 17-May-1999 | DPG | 1,785.00 |
| Office conference regarding restatement; office conference regarding return of contribution issues | 17-May-1999 | KMB | 130.00 |
| Further revise Cash Balance Pension Plan | 18-May-1999 | DPG | 1,275.00 |
| Office conference regarding retroactive amendments | 18-May-1999 | KMB | 65.00 |
| Further revise Cash Balance Plan | 24-May-1999 | DPG | 127.50 |
| Meeting with Mr. Olig to discuss plan design | 08-Jun-1999 | DPG | 318.75 |
| Research and prepare revisions regarding Cash Balance Plan | 23-Jun-1999 | JFS | 735.00 |
| Draft Appendix regarding Prior Plan Benefits; draft | 24-Jun-1999 | JFS | 735.00 |

Cash Balance Pension Plan

| | | | |
|---|---|---|---|
| article 6 regarding remployment Prepare revised Cash Balance Pension Plan | 24-Jun-1999 | DPG | 1,275.00 |
| Draft language regarding union transfer employees; revise Article 6 regarding reemployment | 25-Jun-1999 | JFS | 367.50 |
| Meeting with Mr. Olig on plan design issues | 25-Jun-1999 | DPG | 1,211.25 |
| Revise Articles 1 and 2 | 28-Jun-1999 | DPG | 382.50 |
| Draft Article 14 regarding Retiree Medical Benefits | 29-Jun-1999 | JFS | 167.50 |
| Revise Appendix C to Cash Balance Pension Plan | 29-Jun-1999 | DPG | 637.50 |
| Meeting with Mr. Olig on Cash Balance Plan design | 30-Aug-1999 | DPG | 397.50 |
| Review Plan; prepare draft Internal Revenue Service filing regarding cash balance plan including all Internal Revenue Service forms and attachments; prepare sample Notice to Interested Parties | 31-Aug-1999 | JFS | 761.25 |
| Meeting with Ms. Gruber and Mr. Olig to discuss Cash Balance Pension Plan | 02-Sep-1999 | DPG | 1,855.00 |
| Revise restated cash balance plan regarding pop-up annuities, spousal consents, suspension of benefits and notice regarding same, QPSA requirements regarding death benefits, ability of Committee to amend Plan | 07-Sep-1999 | JFS | 420.00 |
| Revise cash balance pension plan | 07-Sep-1999 | DPG | 1,325.00 |
| Revise cash balance pension plan | 08-Sep-1999 | DPG | 927.50 |
| Prepare final changes to cash balance pension plan appendices | 10-Sep-1999 | DPG | 1,325.00 |
| Office conference regarding plan design and filing issues | 10-Sep-1999 | KMB | 67.50 |
| Meeting with Ms. Gruber and Mr. Olig to finalize cash balance pension plan design | 13-Sep-1999 | DPG | 1,590.00 |
| Revise Internal Revenue Service forms Notice to Interested Parties; prepare record of action to adopt restated plan and recommendation of Committee to Board regarding same | 14-Sep-1999 | JFS | 551.25 |
| Revise plan for eligibility for opening balance and grandparent benefit | 20-Sep-1999 | DPG | 1,457.50 |
| Office conference regarding document and filing issues | 20-Sep-1999 | KMB | 135.00 |
| Revise Draft "E" of plan document for final merger | 21-Sep-1999 | DPG | 1,590.00 |

CONFIDENTIAL

ALLIANT0176561

ALLIANT176561

# Reinhart, Boerner, Van Deuren, Norris & Rieselbach, s.c.

PAGE: 4  INVOICE #: 2200265

DATE: 30-May-2000  CLIENT/MATTER: 11280 /0001

Cash Balance Pension Plan

| Description | Date | Atty | Amount |
|---|---|---|---|
| provisions; review drafts of notice to interested parties and IRS filing | | | |
| Review cash balance plan for early retirement window | 04-Oct-1999 | DPG | 265.00 |
| Revise Internal Revenue Service filing and attachments; prepare sample demos | 05-Oct-1999 | JFS | 288.75 |
| Review draft of Internal Revenue Service filing for cash balance pension plan | 06-Oct-1999 | DPG | 530.00 |
| Research early retirement window resolutions; telephone conference regarding same with Mr. Olig and Ms. Gruber | 11-Oct-1999 | JFS | 157.50 |
| Office conference regarding wear-away rules and Rule of 80 | 12-Oct-1999 | SEG | 42.50 |
| Office conferences regarding plan amendment and restatements | 12-Oct-1999 | KMB | 135.00 |
| Telephone conference with Mr. Olig on cash balance plan filing and wear-away provisions | 12-Oct-1999 | DPG | 132.50 |
| Office conference regarding plan restatement issues | 13-Oct-1999 | KMB | 67.50 |
| Correspondence to Ms. Gruber on notice requirement for filing cash balance pension plan | 13-Oct-1999 | DPG | 132.50 |
| Office conference regarding wear-away rules; research same | 14-Oct-1999 | SEG | 170.00 |
| Office conference regarding restatement issues | 19-Oct-1999 | KMB | 67.50 |
| Review compensation extended wear-away provisions in Cash Balance Pension Plan; review attachments to Internal Revenue Service filing | 19-Oct-1999 | DPG | 530.00 |
| Prepare correspondence to Ms. Gruber regarding required signatures on Internal Revenue Service forms; review resolutions regarding prior early retirement windows; revise appendix C regarding early retirement windows | 20-Oct-1999 | JFS | 525.00 |
| Revise sample letter to Internal Revenue Service regarding request for determination on Cash Balance Plan; revise Internal Revenue Service attachment to form 5300 | 21-Oct-1999 | JFS | 157.50 |
| Review trust agreement to determine needed information in Appendix A; prepare draft of revised trust appendix noting changed status of trust | 26-Oct-1999 | SMD | 110.00 |
| Revise plan provisions on early retirement windows | 26-Oct-1999 | DPG | 795.00 |

CONFIDENTIAL

ALLIANT0176562

ALLIANT176562

Cash Balance Pension Plan

| Description | Date | Atty | Amount |
|---|---|---|---|
| and regulated businesses; track down controlled group and qualified plan information | | | |
| Review IRS filing for Cash Balance Pension Plan; discuss with Mr. Olig | 28-Oct-1999 | DPG | 530.00 |
| Approve IRS filing for Cash Balance Pension Plan | 28-Oct-1999 | DPG | 132.50 |
| Review and finalize Internal Revenue Service filing for mailing | 29-Oct-1999 | JFS | 183.75 |
| Review master trust and prepare brief memo regarding same; revise draft of updated Appendix A | 05-Nov-1999 | SMD | 220.00 |
| Telephone conference with Towers Perrin, M&I Trust Company and Ms. Wagner to determine source of $450 filing fee sent to Internal Revenue Service and returned by Service | 18-Jan-2000 | DPG | 66.25 |
| Review files regarding documents requested by Internal Revenue Service; prepare proposed amendment regarding GATT changes to Plan; call Internal Revenue Service to request extension regarding filing response | 27-Mar-2000 | JFS | 708.75 |
| Meeting with Mr. Olig from Towers, Perrin to discuss retirement benefits for employees transferred to joint venture; initial review of alternatives | 04-Apr-2000 | DPG | 530.00 |
| Telephone conference with Internal Revenue Service regarding request for additional information | 05-Apr-2000 | JFS | 26.25 |
| Research and review prior plans regarding Internal Revenue Service inquiry | 11-Apr-2000 | JFS | 131.25 |
| Prepare initial response for mailing to Internal Revenue Service; follow up with Mr. Olig regarding required testing data | 12-Apr-2000 | JFS | 131.25 |
| Office conferences regarding credit given for past service under new employer's plan and related issues | 12-Apr-2000 | KMB | 206.25 |
| Respond to Internal Revenue Service on request for determination letter for Cash Balance Pension Plan | 12-Apr-2000 | DPG | 265.00 |
| Send to Internal Revenue Service additional information for determination letter; research plan design for transferred NMC employees | 13-Apr-2000 | DPG | 1,060.00 |
| Office conference regarding plan design issues | 14-Apr-2000 | KMB | 68.75 |
| Research regarding various aspects of joint venture, | 14-Apr-2000 | JFS | 577.50 |

CONFIDENTIAL

ALLIANT0176563

ALLIANT176563

Cash Balance Pension Plan

| Description | Date | Atty | Amount |
|---|---|---|---|
| imputed services, multiple employer plans, etc regarding NMC transfers | | | |
| Office conference regarding cash balance issues; office conference regarding credit for prior service issues | 17-Apr-2000 | KMB | 206.25 |
| Conference regarding issues related to NMC and retirement plans; research IRS revenue ruling regarding credits given to employees | 17-Apr-2000 | TMC | 93.75 |
| Office conference regarding required imputed service rules | 18-Apr-2000 | KMB | 137.50 |
| Office conference regarding imputed service for time spent with unrelated entity following termination of employment; analyze nondiscrimination and compensation definitions regarding same | 18-Apr-2000 | JEM | 225.00 |
| Research regarding waiver of pension rights; research regarding imputed service to former employee; conferences regarding same; research regarding interrelation of imputed service and exclusive benefit rule | 18-Apr-2000 | TMC | 593.75 |
| Research coverage and minimum participation and ERISA waiver issues for employees transferred to NMC | 18-Apr-2000 | DPG | 1,590.00 |
| Office conferences regarding plan benefit design issues; options and legal requirements | 19-Apr-2000 | KMB | 275.00 |
| Research IRS rulings regarding imputed service and its interrelation with exclusive benefit rule; prepare memorandum summarizing requirements for waiver of rights under plan; conferences regarding same | 19-Apr-2000 | TMC | 475.00 |
| Respond to Internal Revenue Service on Cash Balance Plan determination letter; review and revise proposed plan amendment; telephone conference with Mr. Olig regarding plan design for employees transferred to NMC | 19-Apr-2000 | DPG | 1,656.25 |
| Research Internal Revenue Service Code regarding definition of employer maintaining a plan and multiple employer plans | 19-Apr-2000 | JFS | 210.00 |
| Research regarding imputed service with new | 20-Apr-2000 | KMB | 412.50 |

# Reinhart, Boerner, Van Deuren, Norris & Rieselbach, s.c.

PAGE: 7 INVOICE #: 2200265

DATE: 30-May-2000 CLIENT/MATTER: 11280 /0001

Cash Balance Pension Plan

| | | |
|---|---|---|
| employer; nondiscrimination testing issues; office conference regarding preliminary conclusions | | |
| Research regarding proper method to test employees and former employees under Code section 410(b) when service is imputed; research regarding exclusive benefit rule and imputed service; conferences regarding same; prepare memorandum section regarding waiver of ERISA rights | 20-Apr-2000 TMC | 356.25 |
| Research imputed service for future employees | 20-Apr-2000 DPG | 1,325.00 |
| Office conference regarding employment and distribution issues; review memorandum; telephone conference with Ms. Gruber regarding content of the memorandum | 24-Apr-2000 KMB | 481.25 |
| Revise memorandum regarding joint venture with NMC to address imputed service, imputed compensation, and minimum coverage rules | 27-Apr-2000 TMC | 193.75 |
| Revise memorandum regarding plan options due to joint venture; research effect of deductibility rules and contribution limit rules on potential imputing of service | 28-Apr-2000 TMC | 437.50 |

    \*\*\* TOTAL EMPLOYEE BENEFITS      48,670.00

    TOTAL FEES $ 48,670.00

OTHER CHARGES

    Copier
    Fax
    Messenger Service
    Miscellaneous
    Library Research Costs
    Telephone
    Travel
    Computerized Research - Westlaw

CONFIDENTIAL

ALLIANT0176565

ALLIANT176565

## Reinhart, Boerner, Van Deuren, Norris & Rieselbach, s.c.

PAGE: 8  INVOICE #: 2200265

DATE: 30-May-2000  CLIENT/MATTER: 11280 /0001

Cash Balance Pension Plan

OTHER CHARGES

|  |  |
|---|---|
| TOTAL OTHER CHARGES $ | 723.97 |
| TOTAL FEES AND OTHER CHARGES $ | 49,393.97 |

CONFIDENTIAL

ALLIANT0176566

ALLIANT176566

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

CONFIDENTIAL

ALLIANT0176567

ALLIANT176567