Plaintiffs' Reply Brief in Support of Plaintiffs' Motion for Summary Judgment, March 29, 2010
*Ruppert, et al. v. Alliant Energy Cash Balance Pension Plan*, 3:08-CV-00127-bbc (W.D. Wis.)

# Index of Exhibits

| Exhibit No. | Description | Date |
|---|---|---|
| 194 | Pension Protection Act of 2006 Cash Balance Plan Implication (ALLIANT228992-229007) | 4/3/07 |
| 195 | Alliant Energy Corporation: Cash Balance Plan Termination Discussion Outline (ALLIANT009874-910) | 9/19/07 |
| 196 | Lyster Email re: PPA Update & 204(h) Notice (TPSAMPLE000207-10) | 11/15/07 |
| 197 | Olig Letter re: Information for Determination Letter Support (ALLIANT005727-29) | 7/31/08 |
| 198 | Ibbotson® SBBI® 2009 Classic Yearbook: Market Results for Stocks, Bonds, Bills, and Inflation 1926-2008 | 2009 |
| 199 | Ibbotson® SBBI® 2008 Valuation Yearbook: Market Results for Stocks, Bonds, Bills, and Inflation 1926-2007 | 2008 |
| 200 | Deutsch SCJ Transcript | 8/6/09 |
| 201 | Siegel: The Concise Encyclopedia of Economics: Stock Market | 2008 |
| 202 | Chicago Board Options Exchange Volatility Index (the "VIX index") | 2009 |
| 203 | Maxam SCJ Transcript | 8/4/09 |
| 204 | Jarmuth Letter to Goergen (ALLIANT005507-10) | 5/8/07 |
| 205 | Hull: Options, Futures and Other Derivatives, 5th Edition | 2003 |
| 206 | Liability Rollforward Spreadsheet (ALLIANT224005-17) | 2006 |
| 207 | Alliant liabilities (ALLIANT185311) | 9/27/09 |
| 208 | Joss Expert Report (*Vinson & Elkins v. Comm'r*) | 12/3/91 |
| 209 | Chemical Corporation of America Defined Benefit Retirement Plan Form 5500 excerpt | 2002 |
| 210 | London Fog Industries, Inc. Retirement Plan Form 5500 excerpt | 2004 |
| 211 | Jewish Federation of the Greater East Bay Retirement Plan Form 5500 excerpt | 2005 |
| 212 | Retirement Plan for Employees of Calpine Containers, Inc. Form 5500 excerpt | 2006 |
| 213 | Nielsen & Bainbridge Employees Retirement Income Plan Form 5500 excerpt | 2006 |
| 214 | American Benefits Council Letter to Treasury Dept. | 4/16/07 |

| Exhibit No. | Description | Date |
|---|---|---|
| 215 | Towers Perrin Subpoena | 2/6/09 |
| 216 | Foley Subpoena | 2/13/09 |
| 217 | Reinhart Subpoena | 2/13/09 |
| 218 | Watson Wyatt Subpoena | 4/20/09 |
| 219 | Society of Actuaries Life 2008 Spring Meeting June 16-18, 2008; Session 73, Scenario Generation for Economic Capital | 6/16/08 |
| 220 | SCJ D Letter | 6/15/99 |
| 221 | Anomalies in Option Pricing: The Black-Scholes Model Revisited | 3/1996 |
| 222 | Morningstar website describing Ibbotson | 2010 |