# EXHIBIT 205

# Options, Futures, and Other Derivatives

FIFTH EDITION

JOHN C. HULL

**Library of Congress Cataloging-in-Publication Data**
Hull, John.
Options, futures and other derivatives/ John C. Hull.—5 ed.
p. cm.
Includes bibliographical references and index.
**ISBN 0-13-009056-5**
1. Futures. 2. Stock options. 3. Derivative securities. I. Title.
HG6024.A3 H85 2002
332.63'2—dc21
2002025234

**Executive Editor:** Mickey Cox
**Editor-in-Chief:** PJ Boardman
**Managing Editor (Editorial):** Gladys Soto
**Assistant Editor:** Beth Romph
**Editorial Assistant:** Kevin Hancock
**Media Project Manager:** Victoria Anderson
**Marketing Manager:** Kathleen McLellan
**Marketing Assistant:** Christopher Bath
**Managing Editor (Production):** Cynthia Regan
**Production Editor:** Kerri M. Limpert
**Production Assistant:** Dianne Falcone
**Permissions Coordinator:** Suzanne Grappi
**Associate Director, Manufacturing:** Vincent Scelta
**Manufacturing Buyer:** Diane Peirano
**Design Manager:** Pat Smythe
**Cover Design:** John Romer
**Manager, Print Production:** Richard Bretan
**Full-Service Project Management:** The Geometric Press
**Printer/Binder:** Courier-Westford

Credits and acknowledgments borrowed from other sources and reproduced, with permission, in this textbook appear on appropriate page within text.

**Copyright © 2003, 2000, 1997, 1993, 1989 by Pearson Education, Inc., Upper Saddle River, New Jersey, 07458.** All rights reserved. Printed in the United States of America. This publication is protected by Copyright and permission should be obtained from the publisher prior to any prohibited reproduction, storage in a retrieval system, or transmission in any form or by any means, electronic, mechanical, photocopying, recording, or likewise. For information regarding permission(s), write to: Rights and Permissions Department.

Pearson Education LTD.
Pearson Education Australia PTY, Limited
Pearson Education Singapore, Pte. Ltd
Pearson Education North Asia Ltd
Pearson Education, Canada, Ltd
Pearson Educación de Mexico, S.A. de C.V.
Pearson Education–Japan
Pearson Education Malaysia, Pte. Ltd

Prentice Hall

10 9 8 7 6 5 4 3 2 1
ISBN 0-13-009056-5

the maturity of the futures contract be assumed to be the beginning, middle, or end of the delivery period? Even though most futures contracts are closed out prior to maturity, it is important to know when delivery would have taken place in order to calculate the theoretical futures price.

If the futures price is an increasing function of the time to maturity, it can be seen from equation (3.23) that $c > y$, so that the benefits from holding the asset (including convenience yield and net of storage costs) are less than the risk-free rate. It is usually optimal in such a case for the party with the short position to deliver as early as possible, because the interest earned on the cash received outweighs the benefits of holding the asset. As a rule, futures prices in these circumstances should be calculated on the basis that delivery will take place at the beginning of the delivery period. If futures prices are decreasing as time to maturity increases ($c < y$), the reverse is true. It is then usually optimal for the party with the short position to deliver as late as possible, and futures prices should, as a rule, be calculated on this assumption.

## 3.15 FUTURES PRICES AND THE EXPECTED FUTURE SPOT PRICE

A question that is often raised is whether the futures price of an asset is equal to its expected future spot price. If you have to guess what the price of an asset will be in three months, is the futures price an unbiased estimate? Chapter 2 presented the arguments of Keynes and Hicks. These authors contend that speculators will not trade a futures contract unless their expected profit is positive. By contrast, hedgers are prepared to accept a negative expected profit because of the risk-reduction benefits they get from a futures contract. If more speculators are long than short, the futures price will tend to be less than the expected future spot price. On average, speculators can then expect to make a gain, because the futures price converges to the spot price at maturity of the contract. Similarly, if more speculators are short than long, the futures price will tend to be greater than the expected future spot price.

### *Risk and Return*

Another explanation of the relationship between futures prices and expected future spot prices can be obtained by considering the relationship between risk and expected return in the economy. In general, the higher the risk of an investment, the higher the expected return demanded by an investor. Readers familiar with the capital asset pricing model will know that there are two types of risk in the economy: systematic and nonsystematic. Nonsystematic risk should not be important to an investor. It can be almost completely eliminated by holding a well-diversified portfolio. An investor should not therefore require a higher expected return for bearing nonsystematic risk. Systematic risk, by contrast, cannot be diversified away. It arises from a correlation between returns from the investment and returns from the stock market as a whole. An investor generally requires a higher expected return than the risk-free interest rate for bearing positive amounts of systematic risk. Also, an investor is prepared to accept a lower expected return than the risk-free interest rate when the systematic risk in an investment is negative.

### *The Risk in a Futures Position*

Let us consider a speculator who takes a long futures position in the hope that the spot price of the asset will be above the futures price at maturity. We suppose that the speculator puts the present

Case: 3:08-cv-00127-bbc Document #: 274-11 Filed: 03/29/10 Page 5 of 6

CHAPTER 12

# THE BLACK–SCHOLES MODEL

In the early 1970s, Fischer Black, Myron Scholes, and Robert Merton made a major breakthrough in the pricing of stock options.[1] This involved the development of what has become known as the Black–Scholes model. The model has had a huge influence on the way that traders price and hedge options. It has also been pivotal to the growth and success of financial engineering in the 1980s and 1990s. In 1997, the importance of the model was recognized when Robert Merton and Myron Scholes were awarded the Nobel prize for economics. Sadly, Fischer Black died in 1995; otherwise he also would undoubtedly have been one of the recipients of this prize.

This chapter shows how the Black–Scholes model for valuing European call and put options on a non-dividend-paying stock is derived. We explain how volatility can be either estimated from historical data or implied from option prices using the model. We show how the risk-neutral valuation argument introduced in Chapter 10 can be used. We also show how the Black–Scholes model can be extended to deal with European call and put options on dividend-paying stocks and present some results on the pricing of American call options on dividend-paying stocks.

## 12.1 LOGNORMAL PROPERTY OF STOCK PRICES

The model of stock price behavior used by Black, Scholes, and Merton is the model we developed in Chapter 11. It assumes that percentage changes in the stock price in a short period of time are normally distributed. Define:

$\mu$: Expected return on stock

$\sigma$: Volatility of the stock price

The mean of the percentage change in time $\delta t$ is $\mu\,\delta t$ and the standard deviation of this percentage change is $\sigma\sqrt{\delta t}$, so that

$$\frac{\delta S}{S} \sim \phi(\mu\,\delta t, \sigma\sqrt{\delta t})$$

where $\delta S$ is the change in the stock price $S$ in time $\delta t$, and $\phi(m, s)$ denotes a normal distribution with mean $m$ and standard deviation $s$.

[1] See F. Black and M. Scholes, "The Pricing of Options and Corporate Liabilities," *Journal of Political Economy*, 81 (May/June 1973), 637–659; R. C. Merton, "Theory of Rational Option Pricing," *Bell Journal of Economics and Management Science*, 4 (Spring 1973), 141–83.

CHAPTER 22

# INTEREST RATE DERIVATIVES: THE STANDARD MARKET MODELS

Interest rate derivatives are instruments whose payoffs are dependent in some way on the level of interest rates. In the 1980s and 1990s, the volume of trading in interest rate derivatives in both the over-the-counter and exchange-traded markets increased very quickly. Many new products were developed to meet particular needs of end-users. A key challenge for derivatives traders is to find good, robust procedures for pricing and hedging these products.

Interest rate derivatives are more difficult to value than equity and foreign exchange derivatives. There are a number of reasons for this:

1. The behavior of an individual interest rate is more complicated than that of a stock price or an exchange rate.
2. For the valuation of many products, it is necessary to develop a model describing the behavior of the entire zero-coupon yield curve.
3. The volatilities of different points on the yield curve are different.
4. Interest rates are used for discounting as well as for defining the payoff from the derivative.

In this chapter we look at the three most popular over-the-counter interest rate option products: bond options, interest rate caps/floors, and swap options. We explain the standard market models for valuing these products and use material from Chapter 21 to show that the models are internally consistent. We also explain what are known as convexity and timing adjustments. These are sometimes necessary in the valuation of nonstandard interest rate derivatives.

## 22.1 BLACK'S MODEL

Since the Black–Scholes model was first published in 1973, it has become a very popular tool. As explained in Chapter 13, the model has been extended so that it can be used to value options on foreign exchange, options on indices, and options on futures contracts. Traders have become very comfortable with both the lognormal assumption that underlies the model and the volatility measure that describes uncertainty. It is not surprising that there have been attempts to extend the model so that it covers interest rate derivatives.

In the following few sections we will discuss three of the most popular interest rate derivatives (bond options, interest rate caps, and swap options) and describe how the log-