

FEIN: 39-0788266

United States District Court
for the Western District of Wisconsin

April 13, 2010
Page #: 1
Client: 022429
Matter: 000001
Invoice #: 1100017

RE: Ruppert v. Alliant Energy

For Professional Services Rendered Through April 13, 2010

| Date | Services | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/25/2010 | Work on fee request (No Charge). | BEB | 0.3 | $0.00 | $0.00 |
| 02/25/2010 | Review filings. | BEB | 0.1 | $300.00 | $30.00 |
| 02/27/2010 | Review filings. | BEB | 0.3 | $300.00 | $90.00 |
| 03/01/2010 | Review filings. | BEB | 0.1 | $300.00 | $30.00 |
| 03/03/2010 | Correspondence with counsel; travel arrangements. | BEB | 1.0 | $300.00 | $300.00 |
| 03/04/2010 | Correspondence with counsel. | BEB | 0.8 | $300.00 | $240.00 |
| 03/08/2010 | Correspondence with counsel; telephone conference with Mr. Cohen re Minneapolis timing. | BEB | 0.3 | $300.00 | $90.00 |
| 03/09/2010 | Travel from Arizona to Madison. | BEB | 5.6 | $300.00 | $1,680.00 |
| 03/10/2010 | Telephone conference with court; correspondence with counsel; review subpoena rules; telephone conference with counsel. | BEB | 1.7 | $300.00 | $510.00 |
| 03/11/2010 | Correspondence with counsel; travel arrangements. | BEB | 0.3 | $300.00 | $90.00 |
| 03/12/2010 | Travel arrangements. | BEB | 0.2 | $300.00 | $60.00 |
| 03/15/2010 | Towers Perrin deposition in Milwaukee; travel. | BEB | 10.3 | $300.00 | $3,090.00 |
| 03/16/2010 | Travel to Seattle [discount bill by $1200 for travel time]. | BEB | 10.5 | $300.00 | $3,150.00 |

Member of LEGUS International Network of Law Firms

Madison Office
222 West Washington Avenue    608.256.0226
P.O. Box 1784                 888.655.4752
Madison, Wisconsin            Fax 608.259.2600
53701-1784                    www.staffordlaw.com

Metro Milwaukee Office
325 North Corporate Drive     262.439.2888
Suite 190                     888.655.4752
Brookfield, Wisconsin         Fax 262.794.0307
53045-5801                    www.staffordlaw.com



April 13, 2010
Client: 022429
Matter: 000001
Invoice #: 1100017
Page: 2

*Member of LEGUS International Network of Law Firms*

| Date | Services | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/18/2010 | Review filings. | BEB | 0.1 | $300.00 | $30.00 |
| 03/20/2010 | Review filings. | BEB | 0.1 | $300.00 | $30.00 |
| 03/23/2010 | Review filings; correspondence with counsel; travel arrangements. | BEB | 0.6 | $300.00 | $180.00 |
| 03/25/2010 | Review filings. | BEB | 0.1 | $300.00 | $30.00 |
| 03/26/2010 | Correspondence with counsel. | BEB | 0.2 | $300.00 | $60.00 |
| 03/30/2010 | Review filings. | BEB | 0.2 | $300.00 | $60.00 |
| 04/05/2010 | Correspondence with counsel. | BEB | 0.2 | $300.00 | $60.00 |
| 04/09/2010 | Fee request (.1 no charge); review filings. | BEB | 0.2 | $150.00 | $30.00 |
| 04/12/2010 | Review filings; fee request; correspondence with counsel (.1 no charge). | BEB | 0.5 | $240.00 | $120.00 |
| 04/13/2010 | Fee request (no charge). | BEB | 0.4 | $0.00 | $0.00 |

|  | Total Hours | 34.1 | Total Fees | | $9,960.00 |
|---|---|---|---|---|---|
|  |  |  | Less Discount | | $1,200.00 |
|  |  |  | Total Fees Due | | $8,760.00 |

### Summary

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BEB | Brian E. Butler | | 0.7 | $0.00 | $0.00 |
| BEB | Brian E. Butler | | 0.2 | $150.00 | $30.00 |
| BEB | Brian E. Butler | | 0.5 | $240.00 | $120.00 |
| BEB | Brian E. Butler | | 32.7 | $300.00 | $9,810.00 |

### Expenses

| Date | | Amount |
|---|---|---|
| 03/15/2010 | Business Meal(s) | $3.68 |
| 03/15/2010 | Business Meal(s) | $16.56 |
| 03/15/2010 | Brian E. Butler- Mileage .50 per mile | $83.00 |
| 03/15/2010 | Parking | $7.00 |
| 03/16/2010 | Taxi Service | $173.95 |
| 03/16/2010 | Business Meal(s) | $18.78 |

**Madison Office**
222 West Washington Avenue  608.256.0226
P.O. Box 1784  888.655.4752
Madison, Wisconsin  Fax 608.259.2600
53701-1784  www.staffordlaw.com

**Metro Milwaukee Office**
325 North Corporate Drive  262.439.2888
Suite 190  888.655.4752
Brookfield, Wisconsin  Fax 262.794.0307
53045-5801  www.staffordlaw.com



April 13, 2010
Client: 022429
Matter: 000001
Invoice #: 1100017
Page: 3

*Member of LEGUS International Network of Law Firms*

Expenses

| | | |
|---|---|---|
| 03/17/2010 | Travel Expense (Airfare) | $605.40 |

Total Expenses $908.37

Total Fees $8,760.00
Total Expenses $908.37
**Total Current Charges** **$9,668.37**

**Madison Office**

222 West Washington Avenue   608.256.0226
P.O. Box 1784   888.655.4752
Madison, Wisconsin   Fax 608.259.2600
53701-1784   www.staffordlaw.com

**Metro Milwaukee Office**

325 North Corporate Drive   262.439.2888
Suite 190   888.655.4752
Brookfield, Wisconsin   Fax 262.794.0307
53045-5801   www.staffordlaw.com

```
JOHN HAWK'S PUB
CHECK:      405
TABLE:      A10/1
SERVER:     117 HUW
DATE:       MAR15'10  1:38PM
CARD TYPE:  VISA
ACCT #:     XXXXXXXXXXXX8039   *
EXP DATE:   XX/XX
AUTH CODE:  010078

SUBTOTAL:              13.76

TIP AMOUNT_____2.80_____

TOTAL_____16.56____

PRINT NAME_____

SIGNATURE___S/_____

(CUSTOMER RETURN SIGNED COPY)
```

```
                    BRUEGGER'S
                   750 N Water St
                  Milwaukee WI 53202
                    414-272-0202

                  3/15/10 9:19:41 AM
                       Eat In
    Order Number:    248911

    1  Maple & Sausage Saus        3.99
    1  Muffin 5.5 oz                1.69
    1  Hot Coffee MD                1.79

       Discount Total:             -3.99
       Sub. Total:                  3.48
       State & Local Tax:           0.20
       Total:                       3.68

       Change                       0.00
       Visa:                       -3.68
    Register:2        Tran Seq No: 248911
    Store No:0691                  Nicoud

             Kudos, Comments, Questions?
                Call 1-888-........
                  www.brueggers.com


             Receive the latest promotions
             and new product news by email.
             Sign Up for Bruegger's News at
                  www.brueggers.com



    Visa
    Card Num : XXXXXXXXXXXX8039
    Terminal : 000801206913
    Approval : 084733

    I agree to pay the above Total Amount
    according to Card Issuer Agreement.

    Signature: _____
    Merchant Copy
```

# Expense Listing

**Listing Order:** Transaction Date, Client-Matter
**Client:** UNITED STATES DISTRICT COURT FOR THE WESTERN DISTR
**Matter:** Ruppert v. Alliant Energy
**Date Range:** 03/15/2010 - 03/15/2010

**Code:** Mileage .50 per mile
**Person:** All Persons
**Responsible:** All Responsible
**Invoicing Status:** Invoiced and Not Invoiced

| Record | Date | Client-Matter | Stat | Description | Units | Our Cost | Client Cost |
|---|---|---|---|---|---|---|---|
| 683172 | 03/15/2010 | 022429-000001 | I | Brian E. Butler- Mileage .50 per mile- | | $83.00 | $83.00 |
| | | | | **Transaction Listing Total:** | | **$83.00** | **$83.00** |

## Union Cab of Madison — Charge Slip

**242-2000** Regular--Priority--Blitz

- Driver #: 6615
- Date: 3/16/09
- P/U Time: ___
- D/O Time: ___
- From: M.D Bench
- To: Airport
- Rate: 31.70 + 3.00 = 34.70
- Comment: ___
- CC#: 4807 1200 0076 8039  05550 11/10
- Card Name or Autho.: BRIAN F. BUTLER
- Charge to #: STAFFORD ROSENBAUM
- Rec'd by: B F Butler

### Extra Charges
- ☐ Extra Weight ___ lbs
- ☐ Extra Trips # ___
- ☐ Clean-up $ ___
- ☐ Wait Time ___ min
- ☐ Extra Stops # ___
- ☐ Airport Toll $ ___

THANK YOU FOR YOUR BUSINESS

---

## Berghoff Cafe
O'hare Int'l Airport
Terminal 1 Concourse "C"
(773) 601-9180

Server: Heather  03/16/2010
Fast Close/1  12:47 PM
Guests: 1
40126

| Item | Price |
|---|---|
| Turkey Sandwich | 6.60 |
| Sauerkraut | 1.35 |
| Sun Chips | 1.45 |
| Single Coke | 2.25 |
| Coleslaw | 2.40 |
| Med Soda | 1.90 |

Subtotal  15.95
Food (X) Tax  1.83
Total  17.78

VISA #XXXXXXXXXXXX8039
Auth: 056873

+ Tip: 1—
= Total: 1878

X  5)

Balance Due  0.00

Thanks For Coming !
Come See Us At Downtown
Chicago 17 West Adams St.

---- Check Closed ---

---

## STITA TAXI

DATE:    16-03-2010
TIME:    18:32
MDT ID:  937
BADGE#:  10866

JOB ID:  1206817
METER:   3605

DROPOFF: 1003

FARE:       512.50
EXPENSES 1:   1.00  (0)
TIP:          8.00

TOTAL 521.50   52.25
               8.00
FROM SEATAC AIRPORT TO: 60.25

VISA INT
48071200****8039
11/10
AUTHORIZATION: 036157

SWIPE
CUSTOMER'S COPY

STITA TAXI 206.246.9999
WWW.STITATAXI.COM

4807 1200 0076 8039
BRIAN E BUTLER
& STAFFORD ROSENBAUM

REFERENCE NO. 5040286

QTY. DESCRIPTION AMOUNT 17.00
SALES SLIP TAX TIP/MISC. 4.00
TOTAL 21.00

PURCHASER SIGN HERE X

```
CPS PARKING
720 N. WATER ST.
(414) 223-4722
PARKING STRUCTURE APS
Rcpt#  616
03/15/10 20:15   L# 9  A# 1   Txn# 2670
03/15/10 08:51 In   03/15/10 20:15 Out
Tkt# 367464
Normal Rate    $    7.00
Total Fee      $    7.00
VISA CARD      $    7.00-
XXXXXXXXXXXX8039
Approval No.:067826
Reference No.:00000069
Change Due    $    0.00
           THANK YOU
```



4807 1200 0076 8039
BRIAN E BUTLER
STAFFORD ROSENBAUM

DATE 3/09
REFERENCE NO. CPS LANDM
5177074

QTY. DESCRIPTION AMOUNT 48.00
SALES SLIP TAX TIP/MISC. 10
TOTAL 58

PURCHASER SIGN HERE X

# 'AIR CATE' Invoice

TO: Brian Butler

| Date | Description | Fee |
|---|---|---|
| 3/9/2010 | Flight from Scottsdale, AZ To Madison, WI | $300.00 |
| | Balance Due | $300.00 |



## CARDHOLDER ACTIVITY

**BRIAN E BUTLER**　　　CREDITS　　PURCHASES　　CASH ADV　　TOTAL ACTIVITY

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 03-01 | 02-27 | | UNITED AIR 'INFLT. ELK GROVE TOW IL | 5.00 |
| 03-05 | 03-03 | | SERVICE FEE BUTLERBRI 817-5611252 TX | 25.00 |



| BRIAN E BUTLER | | CREDITS | PURCHASES | CASH ADV | TOTAL ACTIVITY | |
|---|---|---|---|---|---|---|
| Post Date | Tran Date | Reference Number | Transaction Description | | | Amount |
| 03-15 | 03-12 | 24332390073011061600972 | SERVICE FEE BUTLERBR 817-5611252 TX | | | 25.00 |
| 03-15 | 03-12 | 24036210072246900441549 | UNITED AIR 0167741028423 ARLINGTON TX<br>BUTLER/BRIAN                DEPARTURE DATE 03-16-10<br>MSN UA W ORD UA W SEA | | | 250.40 |