

Member of LEGUS International Network of Law Firms

FEIN: 39-0788266

United States District Court
for the Western District of Wisconsin

June 04, 2010
Page #: 1
Client: 022429

RE: Ruppert v. Alliant Energy

For Professional Services Rendered Through June 04, 2010

MATTER ACCOUNT SUMMARY

| Matter | Description | Invoice # | Fees | Expenses | Interest | Total |
|---|---|---|---|---|---|---|
| 000001 | Ruppert v. Alliant Energy | 1102187 | $5,160.00 | $1,738.50 | $0.00 | $6,898.50 |

| | |
|---|---|
| **Total Current Charges** | **$6,898.50** |
| Previous Balance | $9,668.37 |
| Less Trust Applied | ($7,983.03) |
| **Total Balance (Current & Previous)** | **$8,583.84** |

AGED ACCOUNTS RECEIVABLE

| Current | $6,898.50 | 31 - 60 | $1,685.34 | 61 - 90 | $0.00 | 91 - + | $0.00 |
|---|---|---|---|---|---|---|---|

Madison Office
222 West Washington Avenue    608.256.0226
P.O. Box 1784                  888.655.4752
Madison, Wisconsin             Fax 608.259.2600
53701-1784                     www.staffordlaw.com

Metro Milwaukee Office
325 North Corporate Drive      262.439.2888
Suite 190                      888.655.4752
Brookfield, Wisconsin          Fax 262.794.0307
53045-5801                     www.staffordlaw.com



FEIN: 39-0788266

United States District Court
for the Western District of Wisconsin
,

June 04, 2010
Page #: 1
Client: 022429
Matter: 000001
Invoice #: 1102187

*Member of LEGUS International Network of Law Firms*

RE: Ruppert v. Alliant Energy

For Professional Services Rendered Through June 04, 2010

| Date | Services | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/14/2010 | Correspondence with Mr. Cohen. | BEB | 0.1 | $300.00 | $30.00 |
| 04/15/2010 | Travel arrangements; correspondence with Mr. Gottesdiener. | BEB | 0.2 | $300.00 | $60.00 |
| 04/21/2010 | Check filings; travel arrangements. | BEB | 0.3 | $300.00 | $90.00 |
| 04/23/2010 | Correspondence with counsel. | BEB | 0.2 | $300.00 | $60.00 |
| 04/28/2010 | Travel from Phoenix to Madison (7.3); drive from Madison to Chicago (2.7). | BEB | 10.0 | $300.00 | $3,000.00 |
| 04/29/2010 | Towers Watson deposition at Chicago (4.5 travel). | BEB | 11.2 | $300.00 | $3,360.00 |
| 05/01/2010 | Return to Phoenix. | BEB | 8.4 | $300.00 | $2,520.00 |
| 05/04/2010 | Correspondence with counsel. | BEB | 0.2 | $300.00 | $60.00 |
| 05/06/2010 | Correspondence with counsel; telephone conference with Mr. Cohen. | BEB | 0.3 | $300.00 | $90.00 |
| 05/11/2010 | Correspondence with counsel. | BEB | 0.1 | $300.00 | $30.00 |
| 05/14/2010 | Telephone conference with Mr. Cohen. | BEB | 0.1 | $300.00 | $30.00 |
| 05/16/2010 | Correspondence with counsel; review filings. | BEB | 0.4 | $300.00 | $120.00 |
| 05/18/2010 | Correspondence with clerk of court. | BEB | 0.3 | $300.00 | $90.00 |
| 05/19/2010 | Review filings. | BEB | 0.1 | $300.00 | $30.00 |
| 05/26/2010 | Review filings. | BEB | 0.1 | $300.00 | $30.00 |

**Madison Office**

222 West Washington Avenue
P.O. Box 1784
Madison, Wisconsin
53701-1784

608.256.0226
888.655.4752
Fax 608.259.2600
www.staffordlaw.com

**Metro Milwaukee Office**

325 North Corporate Drive
Suite 190
Brookfield, Wisconsin
53045-5801

262.439.2888
888.655.4752
Fax 262.794.0307
www.staffordlaw.com



*Member of LEGUS International Network of Law Firms*

| Date | Services | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/27/2010 | Review filings. | BEB | 0.1 | $300.00 | $30.00 |
| 06/04/2010 | Prepare final compensation request (no charge). | BEB | 1.7 | $0.00 | $0.00 |
| 06/04/2010 | Review filings. | BEB | 0.1 | $300.00 | $30.00 |

| | Total Hours | 33.9 | Total Fees | | $9,660.00 |
|---|---|---|---|---|---|
| | | | Less: Discount for unrelated travel | | $4,500.00 |
| | | | **Total Fees Due** | | **$5,160.00** |

Summary

| BEB | Brian E. Butler | 1.7 | $0.00 | $0.00 |
|---|---|---|---|---|
| BEB | Brian E. Butler | 32.2 | $300.00 | $9,660.00 |

Expenses

| 04/28/2010 | Taxi Service | $211.60 |
|---|---|---|
| 04/28/2010 | M&I Madison Bank Credit Card Processing Center- Business Meal(s)- | $7.55 |
| 04/28/2010 | M&I Madison Bank Credit Card Processing Center- Business Meal(s)- | $69.74 |
| 04/28/2010 | M&I Madison Bank Credit Card Processing Center- Business Meal(s)- | $25.82 |
| 04/28/2010 | M&I Madison Bank Credit Card Processing Center- Business Meal(s)- | $11.15 |
| 04/28/2010 | Travel Expense (Airfare) | $1,588.80 |
| 04/28/2010 | Travel Expense (Hotel) | $288.34 |
| 04/28/2010 | M&I Madison Bank Credit Card Processing Center- Parking- | $36.00 |
| 04/29/2010 | Brian E. Butler- Mileage .50 per mile- | $149.50 |

| Total Expenses | $2,388.50 |
|---|---|
| Less: Discount for unrelated travel | $650.00 |
| **Total Expenses Due** | **$1,738.50** |

**Madison Office**

222 West Washington Avenue  608.256.0226
P.O. Box 1784  888.655.4752
Madison, Wisconsin  Fax 608.259.2600
53701-1784  www.staffordlaw.com

**Metro Milwaukee Office**

325 North Corporate Drive  262.439.2888
Suite 190  888.655.4752
Brookfield, Wisconsin  Fax 262.794.0307
53045-5801  www.staffordlaw.com



*Member of LEGUS International Network of Law Firms*

| | |
|---|---|
| Total Fees | $5,160.00 |
| Total Expenses | $1,738.50 |
| **Total Current Charges** | **$6,898.50** |

**Madison Office**

222 West Washington Avenue
P.O. Box 1784
Madison, Wisconsin
53701-1784

608.256.0226
888.655.4752
Fax 608.259.2600
www.staffordlaw.com

**Metro Milwaukee Office**

325 North Corporate Drive
Suite 190
Brookfield, Wisconsin
53045-5801

262.439.2888
888.655.4752
Fax 262.794.0307
www.staffordlaw.com

## Union Cab of Madison — Charge Slip

**242-2000** Regular--Priority--Blitz

Driver #: 4121
Date: 4-28-10
P/U Time: ___
D/O Time: ___
From: Airport
To: 2607 Middleton Beach Rd
Rate: ___ + 4/12 = 37.20
Comment: ___
CC#: 4807 1200 0076 8039
Card Name or Autho: 1111/10
Charge to: BRUCE E BUTLER / STAFFORD ROSENBAUM
Rec'd by: X B E Butler

**Extra Charges**
- [ ] Extra Weight ___ lbs
- [ ] Wait Time ___ min
- [ ] Extra Trips # ___
- [ ] Extra Stops # ___
- [ ] Clean-up $ ___
- [ ] Airport Toll $ ___

THANK YOU FOR YOUR BUSINESS

---

STD PARKING - RANDOLPH
200 W RANDOLPH ST
CHICAGO, IL 60606
312/263-0219

LANE: 01   CLERK: 0123

DATE: 04/29/10    TIME: 04:41 PM
ACCT #: XXXXXXXXXXYYX8039
STORE ID: SPRK719892

CARD TYPE: VI
TRANS TYPE:   CREDIT PURCHASE
REF NUMBER: 6784    AUTH #: 094361

TOTAL:    $    36.00

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

SIGNATURE_____

---

Customer Account Number: 4807 1200 0076 8039
Customer: DUNCAN E BUTLER / STAFFORD ROSENBAUM
Date of Charge: 04/28
Approval Code: ___
[ ] AMEX [ ] D.C. [ ] DISC. [ ] MC [x] VISA [ ] OTHER
Customer Signature: X B E Butler
Invoice Number: 497848

---

**UNIVERSAL CAR SERVICE CHARGE FORM**

DATE: ___   TIME: A.M./P.M.   CALL/FARE/JOB NO.   CAR NO.   BASIC FARE $ 75-
PICKUP POINT: Res. O'H   ZONE/ZIP ___   W.T. ___   R.R. ___   MISC. $ 10
FINAL DESTINATION: A.P.   O.T. ___   MISC. ___   TOLLS/PARKING $ ___
STOPS   1   PHONE ___   STOPS $ ___
SPEC ROUTE ___   WAIT TIME $ ___
2   PACKAGE ___
3   TOTAL 85 00

PASSENGER COPY

```
  QUE BUENO MEXICAN GRILLE
  DENVER INTERNATIONAL AIRPORT

04/28/10                          000000
#6111      9:37AM             SERV.0010001

RANCH                              $4.99
BTW/JUIC                           $1.99
MDSE ST                            $6.98
TAX1                               $0.57

CR CARD                            $7.55
```

```
4807 12 0076 8039
          11/10
BRIAN E BUTLER
STAFFORD ROSENBAUM

4807120000768039
E 11/10
```

| DATE 5/11/10 | CLERK |
| AUTHORIZATION | SERVER |
| REFERENCE NO. | 5660811 |

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| | | 79.02 |
| SALES SLIP | TAX / TIP / MISC. | 10— |
| | TOTAL | 89— |

PURCHASER SIGN HERE
X  [signature]
Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer.

RETAIN FOR CUSTOMER

---

```
        312 CHICAGO
       136 North LaSalle
      Chicago, Illinois 60602
         312-325-7100

Server: Crowley        DOB: 04/28/2010
08:58 PM                    04/28/2010
Table 33/1                     4/40022

                               2097202
VISA
Card #XXXXXXXXXXXX8039
Magnetic card present: Yes
Approval: 054083

        Amount:        55.75
        + Tip:         11—
        = Total:       66.75
                       5|
X_____

          Customer Copy
```

```
        312 CHICAGO
       136 North LaSalle
      Chicago, Illinois 60602
         312-325-7100

Server: Carol          DOB: 04/29/2010
12:31 PM                    04/29/2010
P1/1                           1/10013

                               1048577
VISA
Card #XXXXXXXXXXXX8039
Magnetic card present: Yes
Approval: 045062

        Amount:        21.82
        + Tip:         4—
        = Total:       25.82
                       5|
X_____

          Customer Copy
```

BASKIN ROBBINS 348592
1960 Mt. Prospect Road
Des Plaines, IL 60018
(847) 768-7990

CHECK# 21346
Closed to Credit Card -- Visa

DATE\TIME: 4/29/2010 6:37:25 PM
CASHIER: 34859201
STATION: 01

Item Count: 1
==========================================
1 SINGLE SCOOP*#                     $2.69
==========================================
Subtotal                             $2.69
Tax                                  $0.27
Tax 2                                $0.03
GRAND TOTAL                          $2.99

CREDIT CARD PURCHASE      $2.99
Card Type: Visa
***********8039 XX/XX
Transaction Type: PURCHASE
Ref Num: 00000024
Auth Code: 019644

Card Entry Method : Swiped




BANK

M&I BANK
4726 EAST TOWNE BLVD SUITE 260
MADISON WI 53704

**ACCOUNT NUMBER**

**STATEMENT DATE**

**TOTAL ACTIVITY**

** MEMO STATEMENT ONLY **
DO NOT REMIT PAYMENT

BRIAN E BUTLER  **N0000357
STAFFORD ROSENBAUM
ATTN ACCOUNTING
PO BOX 1784
MADISON WI 53701-1784

---

Detach Here: To ensure proper credit, please return upper portion with remittance to M&I Bank.

## CARDHOLDER SUMMARY

## CARDHOLDER ACTIVITY

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 03-17 | 03-15 | 2433239007501129160933B | SERVICE FEE 0001129160933 817-5611252 TX | 25.00 |
| 03-17 | 03-15 | 24792620075246900680774 | USAIRWAYS 0377741028474 ARLINGTON TX<br>BUTLER/BRIAN          DEPARTURE DATE 03-24-10<br>PHX US L MSP | 214.70 |
| 03-17 | 03-15 | 24717050075580753798735 | DELTA AIR 0067741028475 ARLINGTON TX<br>BUTLER/BRIAN          DEPARTURE DATE 03-26-10<br>MSP DL Y PHX | 1642.70 |



M&I BANK
4726 EAST TOWNE BLVD SUITE 260
MADISON WI 53704

**ACCOUNT NUMBER**

**STATEMENT DATE**

**TOTAL ACTIVITY**

** MEMO STATEMENT ONLY **
DO NOT REMIT PAYMENT

BRIAN E BUTLER  **N0000364
STAFFORD ROSENBAUM
ATTN ACCOUNTING
PO BOX 1784
MADISON WI  53701-1784

## CARDHOLDER ACTIVITY

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| | | ************************* | NOTICE MEMO ITEMS LISTED BELOW ******************************* | |
| 04-22 | 04-20 | 2433239011101180180710S | SERVICE FEE 0001180180710 817-5611252 TX | 25.00 |
| 04-22 | 04-20 | 2433239011101186180711O | SERVICE FEE BUTLER 817-5611252 TX | 25.00 |
| 04-22 | 04-20 | 2471705011158111552537U | DELTA AIR 0067876119491 ARLINGTON TX | 343.70 |
| | | | BUTLER/BRIAN     DEPARTURE DATE 05-01-10 | |
| | | | MSN DL H MSP | |
| 04-30 | 04-20 | 247926201192464000796VV | USAIRWAYS 0377876119492 ARLINGTON TX | 312.70 |
| | | | BUTLER/BRIAN     DEPARTURE DATE 04-28-10 | |
| | | | PHX US H DEN US H MSN | |
| 05-03 | 05-01 | 2416407012253113932077O | GREAT RIVER MA20353207 ST PAUL MN | 4.28 |
| 05-03 | 04-29 | 2416407012025523633394U | SUBWAY     00346296 DES PLAINES IL | 6.87 |
| | | | MARIGOLD KITCHEN MADISON WI | 11.76 |



# Allegro
CHICAGO

A KIMPTON HOTEL

171 West Randolph Street, Chicago IL 60601 | Reservations: 866.672.6143 | Hotel Direct: 312.236.0123 | www.allegrochicago.com

Butler, MR. Brian

222 W. Washington Ave
Madison, WI 53703 US

Room Number: 1029
Daily Rate: 229.00
Room Type: QUEN
No. of Guests: 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---|---|---|---|---|---|
| 04/28/10 | 04/29/10 | XXXXXXXXXXXX8039 | RL7 | IRMS | 12400429142 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 04/28/10 | 1029 | ROOM CHARGE | #1029 Butler, MR. Brian | $229.00 |
| 04/28/10 | 1029 | TAX - ROOM - STATE | TAX - ROOM - STATE | $27.25 |
| 04/28/10 | 1029 | TAX - ROOM - CITY | TAX - ROOM - CITY | $8.02 |
| 04/29/10 | 1029 | 312 CHICAGO | 1029/3012/05:27/312 CHICAGO | $24.07 |
| 04/29/10 | 1029 | VISA | VISA | ($288.34) |

TOTAL DUE: $0.00

KIMPTON hotels & restaurants        800.KIMPTON • KIMPTONHOTELS.COM

# Expense Listing

**Listing Order:** Transaction Date, Client-Matter
**Client:** UNITED STATES DISTRICT COURT FOR THE WESTERN DISTR
**Matter:** Ruppert v. Alliant Energy
**Date Range:** 04/01/2010 - 04/30/2010

**Code:** Mileage .50 per mile
**Person:** All Persons
**Responsible:** All Responsible
**Invoicing Status:** Invoiced and Not Invoiced

| Record | Date | Client-Matter | Stat | Description | Units | Our Cost | Client Cost |
|---|---|---|---|---|---|---|---|
| 686401 | 04/29/2010 | 022429-000001 | S | Brian E. Butler- Mileage .50 per mile- | | $149.50 | $149.50 |
| | | | | **Transaction Listing Total:** | | **$149.50** | **$149.50** |