IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LAWRENCE G. RUPPERT,
on behalf of himself and on
behalf of all others similarly
situated,

                                                   ORDER

            Plaintiff,

                                                 08-cv-127-bbc

    v.

ALLIANT ENERGY CASH BALANCE
PENSION PLAN,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At summary judgment, plaintiffs ignored the question of the applicability of a pre-mortality discount in calculating the lump sum benefits owing them. Neither side clarified the issue at trial. It would be helpful to have short (not exceeding 20 pages) briefs on the subject. Defendant may rely on its arguments made on summary judgment, if it wishes. If it wishes to supplement that argument, it may have until November 19, 2010 in which to file its brief. Plaintiffs may have until November 29, 2010, in which to respond. Defendant

may have until December 6, 2010 to file a reply.

Entered this 8th day of November, 2010.

                                          BY THE COURT:
                                          /s/
                                          BARBARA B. CRABB
                                          District Judge