IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LAWRENCE G. RUPPERT
and THOMAS A. LARSON,

                ORDER

     Plaintiffs,

                08-cv-127-bbc

  v.

ALLIANT ENERGY CASH BALANCE
PENSION PLAN,

     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  A scheduling conference was held by telephone in this case on January 14, 2011, to discuss the procedure for calculation of damages. Eli Gottesdiener participated on behalf of plaintiffs; defendant was represented by Mark Casciari and Ronald Kramer.

  The following deadlines were set:

  Defendant is to collect and certify any remaining data necessary for calculating damages and turn it over to the parties' actuaries no later than January 28, 2011.

  The parties are to brief the issues of compounding prejudgment interest and the amounts due the class members for the years in which they took their lump sum distribution. Defendant's brief is due January 28, 2011; plaintiffs' brief is due February 11, 2011;

1

defendant's reply is due February 18, 2011.

While the parties are completing their briefing, the parties' actuaries are to meet to decide on the method for performing the calculation and the parties are to complete the list of class members.

No later than March 18, 2011, one side's actuary is to perform the calculations and the other side's actuary is to review the calculations. If the parties cannot decide on which actuary should perform which function, the actuaries are to draw straws.

Once the actuaries have submitted to the court the agreed-upon list of class members together with the amount owed to each member, judgment will be entered.

Plaintiffs will have fourteen days after the entry of judgment in which to file and service their motion for attorney fees, to be paid out of the common fund. If plaintiffs wish to seek attorney fees on any other basis, they are to take steps promptly to complete the requirements for doing so.

Entered this 14th day of January, 2011.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge