IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LAWRENCE G. RUPPERT and
THOMAS A. LARSON, on behalf
of themselves and all others similarly
situated,

                              ORDER

            Plaintiffs,

                            08-cv-127-bbc

    v.

ALLIANT ENERGY CASH BALANCE
PLAN,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A telephone hearing was held in this case on March 14, 2011 to discuss scheduling as it relates to the final calculation of damages in this case. Eli Gottesdiener participated on plaintiffs' behalf; Mark Casciari represented defendant. After some discussion, I set the following schedule:

      No later than April 1, 2011, defendant is to provide plaintiffs' counsel its expert report responding to the calculation issues identified by the court in an order entered on March 14, 2011, along with a live spread sheet containing the calculations for each

1

annuitant who is a class member and file copies with the court.

Plaintiffs may have until May 1, 2011 in which to file and serve objections to defendant's expert report and to file its own report in opposition to defendant's.

Defendant may have until May 14, 2011 in which to file and serve its reply.

A one-day in-person hearing on the competing reports will be held on May 23, 2011, beginning at 8:30 a.m.

Entered this 18th day of March, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge