IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LAWRENCE G. RUPPERT and
THOMAS A. LARSON, on behalf
of themselves, and all others
similarly situated,

                                         ORDER

              Plaintiffs,

                                     08-cv-127-bbc

    v.

ALLIANT ENERGY CASH BALANCE
PENSION PLAN,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    IT IS ORDERED that

    1. Defendant is granted leave to submit the declaration of Gregory Lyster (exh. #1 to dkt. #476);

    2. Defendant is directed to provide plaintiffs its proposed new trial exhibits to address its omission of class members no later than October 7, 2011 and file them with the court no later than October 14, 2011;

    3. Defendant is to respond to plaintiffs' August 24, 2011 letter no later than October 7, 2011;

    4. Defendant is to confer with plaintiffs' counsel no later than September 28, 2011

about its production of spreadsheet showing those employees that will receive an IRS-directed payment, in what amount and with what post-distribution interest.

5. Plaintiffs' motion to order defendant to conduct a more thorough review for additional overlooked class members is DENIED; and

6. Plaintiffs' motion to require defendant to provide an updated class certification notice to all overlooked class members is DENIED without prejudice; plaintiffs may renew the motion once a decision has been made on defendant's motion for reconsideration of its motion for summary judgment on statute of limitations grounds.

Entered this 22nd day of September, 2011.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge