# EXHIBIT 19

# V·E·R·B·A·T·I·M
REPORTING, LIMITED

Gottesdiener Law Firm, PLLC  
498 7th Street  
Brooklyn, NY  11215

**INVOICE NO.**  45568  
**INVOICE DATE:**  12/22/2009

**REPORTER:**  Rowan Bright

**ATTN:  ELI GOTTESDIENER, ATTORNEY**

**TAX ID:**  13-4232114

Ruppert vs. Alliant Energy Cash Balance

| Date | Description | | Amount |
|---|---|---|---|
| 12/14/2009 | DEPOSITION TAKEN OF MARY BEARNS | | |
| | Original and One Copy – | 311 pgs @ $3.80/pg | 1,181.80 |
| | Reporter's Attendance - | 8 hrs. @ $20/hr. | 160.00 |
| | Rough ASCII of Transcript - | 278 pgs @ $.50/pg | 139.00 |
| | Shipping | | 5.25 |
| | Condensed Copy – N/C | | |
| | e-transcript Conversion – N/C | | |

Thank you!

| | | |
|---|---|---|
| | Sub Total | 1,486.05 |
| | Paid | 1,486.05 |
| | Balance Due | 0.00 |

Two East Mifflin Street • Suite 102  
Madison, Wisconsin 53703  
Madison: 608·255·7700  Fax: 608·255·7749  Milwaukee: 414·276·3886  
1·800·255·7710  e-mail: verbatim@tds.net  www.verbatim-madison.com

# V·E·R·B·A·T·I·M
REPORTING, LIMITED

Gottesdiener Law Firm, PLLC  
498 7th Street  
Brooklyn, NY 11215

**INVOICE NO.** 45563  
**INVOICE DATE:** 12/21/2009

**REPORTER:** Rowan Bright

**ATTN: ELI GOTTESDIENER, ATTORNEY**

**TAX ID:** 13-4232114

Ruppert vs. Alliant Energy Cash Balance

| **Date** | **Description** | | **Amount** |
|---|---|---|---|
| 12/15/2009 | DEPOSITION TAKEN OF SHELLEY M. FITZGERALD, VOL. 2 | | |
| | Original and One Copy – | 270 pgs @ $3.80/pg | 1,026.00 |
| | Reporter's Attendance - | 9 hrs. @ $20/hr. | 180.00 |
| | Rough ASCII of Transcript - | 263 pgs @ $.50/pg | 131.50 |
| | Shipping | | 5.25 |
| | Condensed Copy – N/C | | |
| | e-transcript Conversion – N/C | | |

Thank you!

| | | |
|---|---|---|
| | Sub Total | 1,342.75 |
| | Paid | 1,342.75 |
| | Balance Due | 0.00 |



Esquire Solutions - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-DEPO
Fax (856) 437-5009



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

## Invoice # EQ126046

| Invoice Date | 02/08/2010 |
|---|---|
| Terms | NET 30 |
| Payment Due | 03/10/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

ELI GOTTESDIENER ,ESQ.
GOTTESDIENER LAW FIRM
498 7TH STREET
BROOKLYN, NY 11215

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/05/2010 | RUPPERT, LAUREN vs. ALLIANCE ENERGY | 106832 | 02/02/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 01/05/2010, LAWRENCE DEUTSCH (SAN DIEGO, CA) | |
|    MEDICAL TECHNICAL CERTIFIED TRANSCRIPT/WORD INDEX (382 Pages) | $ 1,088.70 |
|    EXHIBITS | $ 18.00 |
|    ROUGH DRAFT | $ 611.20 |
|    ETV DISK | $ 49.00 |
| | $ 1,766.90 |
|    ARCHIVING FEE | $ 30.00 |
|    DELIVERY - OTHER | $ 8.00 |
| | $ 38.00 |

**LOCATION: SAN DIEGO, CA**

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 1,804.90 |
| **Amount Due On/Before 03/25/2010** | **$ 0.00** |
| Amount Due After 03/25/2010 | $ 0.00 |

**Tax Number:** 45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**





| | |
|---|---|
| Invoice #: | EQ126046 |
| Payment Due: | 03/10/2010 |
| **Amount Due On/Before 03/25/2010** | **$ 0.00** |
| Amount Due After 03/25/2010 | $ 0.00 |

ELI GOTTESDIENER ,ESQ.
GOTTESDIENER LAW FIRM
498 7TH STREET
BROOKLYN, NY 11215

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

`071 0000126046 02082010 5 000000000 0 03102010 03252010 2 000000000 05`




Esquire Solutions - Chicago  
2700 Centennial Tower  
101 Marietta Street  
Atlanta, GA 30303  

Toll Free (800) 211-DEPO  
Fax (856) 437-5009  

**Remit to:**

Esquire Deposition Solutions, LLC  
P. O. Box 846099  
Dallas, TX 75284-6099  
www.esquiresolutions.com  

## Invoice # EQ125237

| Invoice Date | 02/04/2010 |
|---|---|
| Terms | NET 30 |
| Payment Due | 03/06/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

ELI GOTTESDIENER ,ESQ.  
GOTTESDIENER LAW FIRM  
498 7TH STREET  
BROOKLYN, NY 11215  

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/06/2010 | RUPPERT, LAUREN vs. ALLIANCE ENERGY | 110313 | 02/03/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 01/06/2010, LAWRENCE DEUTSCH (SAN DIEGO, CA) | |
|    MEDICAL TECHNICAL CERTIFIED TRANSCRIPT/WORD INDEX (273 Pages) | $ 778.05 |
|    EXHIBITS | $ 16.65 |
|    ETV DISK | $ 49.00 |
| | $ 843.70 |
|    ARCHIVING FEE | $ 30.00 |
|    DELIVERY - OTHER | $ 8.00 |
| | $ 38.00 |

**LOCATION:** SAN DIEGO, CA

Tax: $ 0.00  
Paid: $ 881.70  

**Amount Due On/Before 03/21/2010**    **$ 0.00**  
Amount Due After 03/21/2010    $ 0.00  

**Tax Number:** 45-3463120

---

Please detach and return this bottom portion with your payment  
or pay online at **www.esquireconnect.net**




Invoice #: EQ125237  
Payment Due: 03/06/2010  

**Amount Due On/Before 03/21/2010**    **$ 0.00**  
Amount Due After 03/21/2010    $ 0.00  

ELI GOTTESDIENER ,ESQ.  
GOTTESDIENER LAW FIRM  
498 7TH STREET  
BROOKLYN, NY 11215  

**Remit to:**

Esquire Deposition Solutions, LLC  
P. O. Box 846099  
Dallas, TX 75284-6099  
www.esquiresolutions.com  

**Thank you for your business!**

071 0000125237 02042010 1 000000000 0 03062010 03212010 1 000000000 00