**EXHIBIT A**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LAWRENCE G. RUPPERT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALLIANT ENERGY CASH BALANCE PENSION PLAN, <br><br> Defendant. | 3:08-CV-00127-bbc <br> Judge Barbara B. Crabb <br><br><br> BOND NO. 105766512 |

## ORDER

WHEREAS, an Order of Judgment was entered by the Honorable Barbara B. Crabb in the above-captioned proceeding on January 8, 2014, in favor of Plaintiffs against Defendant, Alliant Energy Cash Balance Pension Plan;

WHEREAS, Defendants has filed a Notice of Satisfaction of Judgment;

WHEREFORE, Satisfaction of Judgment is hereby acknowledged and the Clerk of the United States District Court, Western District of Wisconsin, is hereby authorized and directed to mark the docket satisfied in this matter, to make an entry of this satisfaction on the docket of the Judgment Order, and to otherwise discharge Judgment Order.

Entered this 16th day of May, 2014.

1031256.1

*Barbara B Crabb*
The Honorable Barbara B. Crabb
United States District Judge